IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
DSI HOLDINGS, INC., et al.,[1]              :    Case No. 11-11941 (KJC)
                                            :
        Debtors.                            :    (Joint Administration Requested)
                                            :
------------------------------------------------------------x

AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS

**DATE AND TIME OF HEARING:** JUNE 28, 2011 AT 1:00 P.M. (EDT)[2]

**LOCATION:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801

A.  **Voluntary Chapter 11 Petitions**

    1.  DSI Holdings, Inc.

    2.  Deb Shops, Inc.

    3.  D.B. Interest, Inc.

    4.  D.B. Know, Inc.

    5.  Deb E-Commerce, Inc.

---

[1] The last four digits of DSI Holdings, Inc.'s federal tax identification number are 9441. The mailing address for DSI Holdings, Inc. is 9401 Blue Grass Road, Philadelphia, PA 19114. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at http://www.kccllc.net/debshops.

[2] Any person who wishes to appear telephonically at the June 28, 2011 hearing must contact COURTCALL, LLC to register his/her telephonic appearance at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Daylight Time) on Tuesday, June 28, 2011**, notwithstanding any contrary deadline set forth in the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

6. Deb Fashions of Florida, Inc.

7. Deb of Arkansas, Inc.

8. Deb of California, Inc.

9. Deb of Colorado, Inc.

10. Deb of Connecticut, Inc.

11. Deb of Delaware, Inc.

12. Deb of Illinois, Inc.

13. Deb of Indiana, Inc.

14. Deb of Kansas, Inc.

15. Deb of Kentucky, Inc.

16. Deb of Maine, Inc.

17. Deb of Massachusetts, Inc.

18. Deb of Michigan, Inc.

19. Deb of Montana, Inc.

20. Deb of Nebraska, Inc.

21. Deb of New Hampshire, Inc.

22. Deb of New Jersey, Inc.

23. Deb of New Mexico, Inc.

24. Deb of New York, Inc.

25. Deb of North Dakota, Inc.

26. Deb of Oregon, Inc.

27. Deb of Pennsylvania, Inc.

28. Deb of Rhode Island, Inc.

29. Deb of South Carolina, Inc.

30. Deb of South Dakota, Inc.

31. Deb of Tennessee, Inc.
32. Deb of Texas, Inc.
33. Deb of Utah, Inc.
34. Deb of Vermont, Inc.
35. Deb of Virginia, Inc.
36. Deb of Washington, Inc.
37. Deb of West Virginia, Inc.
38. Deb of Wisconsin, Inc.
39. Deb of Wyoming, Inc.
40. Deb Shops, Inc.
41. Deb Shops of Alabama, Inc.
42. Deb Shops of Arizona, Inc.
43. Deb Shops of Georgia, Inc.
44. Deb Shops of Idaho, Inc.
45. Deb Shops of Iowa, Inc.
46. Deb Shops of Louisiana, Inc.
47. Deb Shops of Maryland, Inc.
48. Deb Shops of Minnesota, Inc.
49. Deb Shops of Missouri, Inc.
50. Deb Shops of North Carolina, Inc.
51. Deb Shops of Ohio, Inc.
52. Deb Shops of Oklahoma, Inc.
53. Joy Shops, Inc.
54. Joy Shops, Inc.
55. Tops 'N Bottoms of New York, Inc.

3

56. D.B. Royalty, Inc.

**B. Procedural/Administrative Motion**

1. Debtors' Motion Requesting Joint Administration of Chapter 11 Cases [Docket No. 3 - filed June 26, 2011]

**C. Substantive Motions**

1. Debtors' Motion for Authority to (I) Treat Undisputed Vendor Obligations Arising from the Postpetition Delivery of Goods and Services Ordered in the Prepetition Period as Administrative Expenses and (II) Pay Such Obligations in the Ordinary Course of Business [Docket No. 5 - filed June 26, 2011]

2. Debtors' Motion for Authorization to Pay Prepetition Claims of Customs Brokers, Freight Forwarders, Common Carriers, and Warehousemen [Docket No. 6 - filed June 26, 2011]

3. Debtors' Motion for Authorization to Pay Prepetition Taxes and Assessments [Docket No. 7 - filed June 26, 2011]

4. Debtors' Motion Requesting Authorization to (I) Honor Prepetition Obligations to Customers, and (II) Otherwise Continue Customer Programs in the Ordinary Course of Business [Docket No. 8 - filed June 26, 2011]

5. Debtors' Motion Requesting (I) Authority to (A) Continue Workers' Compensation Programs and Liability, Property, and Other Insurance Programs and (B) Pay All Prepetition Obligations in Respect Thereof; and (II) Direction to Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 12 - filed June 26, 2011]

**D. Substantive Motions – Interim, Subject to a Final Hearing**

1. Debtors' Motion Requesting Interim and Final (I) Authority to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations; and (II) Direction to Financial Institutions to Receive, Process, Honor, and Pay All Checks Presented for Payment and to Honor All Fund Transfer Requests Related to Such Obligations [Docket No. 9 - filed June 26, 2011]

2. Debtors' Motion for (I) Interim and Final Authority to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Business Forms; and (II) an Extension of Time to Comply with Certain Investment Requirements [Docket No. 10 - filed June 26, 2011]

4

3. Debtors' Motion for Interim and Final Authority to (I) Pay Undisputed Prepetition Obligations to Critical Vendors and Factors and (II) Waive Actions Pursuant to Section 547 of the Bankruptcy Code Against Certain Factors [Docket No. 11 - filed June 26, 2011]

4. Debtors' Motion Requesting Interim and Final (I) Approval of the Debtors' Proposed Form of Adequate Assurance, (II) Establishment of Procedures to Resolve Objections by Utility Companies, and (III) Authority to Prohibit Utilities from Altering, Refusing, or Discontinuing Service [Docket No. 13 - filed June 26, 2011]

5. Debtors' Motion (I) For Interim and Final (A) Authority to Obtain Postpetition Superpriority Financing Pursuant to Sections 105, 361, 362, and 364 of the Bankruptcy Code, (B) Authority to Grant Liens and Superpriority Claims to DIP Lenders Pursuant to Section 364 of the Bankruptcy Code, (C) Authority to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (D) Authority to Provide Adequate Protection Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, and (E) Modification of the Automatic Stay, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 2002, 4001, 6004, and 9014 [Docket No. 14 - filed June 26, 2011]

6. Declaration of Bernard Douton in Support of Debtors' Motion for Interim and Final (I) Authority to Obtain Postpetition Financing; (II) Authority to Use Cash Collateral; (III) Authority to Grant Security Interests and Superpriority Claims; (IV) Authority to Provide Adequate Protection; and (V) Modification of the Automatic Stay [Docket No. 15 - filed June 26, 2011]

E. **Retention Application**

1. Debtors' Motion for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors [Docket No. 4 - filed June 26, 2011]

F. **First Day Declaration**

1. Declaration of Barry J. Susson in Support of First-Day Motions and Applications [Docket No. 16 - filed June 26, 2011]

RLF1 4082519v. 1

G.  **Bidding Procedures and Sale Motion**[3]

1.  Debtors' Motion Requesting (A) The Scheduling of an Auction and Sale Hearing in Connection with the Sale of the Debtors' Assets, (B) Approval of Bidding Procedures for Such Assets, (C) Approval of Purchase Agreement with Stalking Horse Bidder, (D) Approval of Expense Reimbursement to Stalking Horse Bidder, (E) Approval of the Form and Scope of Notice of Auction and Sale Hearing, (F) Approval of Procedures for the Assumption and Assignment of Contracts and Leases to the Purchaser, and (G) Approval of the Sale of the Debtors' Assets to the Purchaser [Docket No. 19 - filed June 26, 2011]

Dated: June 27, 2011
      Wilmington, Delaware

/s/ _____
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Michael F. Walsh (*pro hac vice* pending)
Stephen A. Youngman (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*

---

[3] The Debtors have included the below document in the first-day hearing binder for the Court's convenience. The Bidding Procedures and Sale Motion is **not** being considered by the Court at the first-day hearing.