UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| DSI Holdings Inc., et al. | : | Case No. 11-11941 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| -------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **HBK Master Fund L.P.**, Attn: J. Baker Gentry, Jr., 2101 Cedar Springs Road, Suite 700, Dallas TX 75201, Phone: 214-758-6531, Fax: 214-979-8331

2. **Finesse Apparel, Inc.**, Attn: Jung Hwan Han, 1025 Stanford Avenue, Los Angeles CA 90021, Phone: 213-747-7077, Fax: 213-747-2776

3. **One Step Up**, Attn: Thomas DiBuduo, 1412 Broadway, New York NY 10018, Phone: 212-398-1110, Fax:212-819-1933

4. **GGP Limited Partnership**, Attn: Julie M. Bowden, 110 North Wacker Drive, Chicago IL 60606, Phone: 312-960-2707, Fax: 312-442-6374

5. **Simon Property Group, Inc.**, Attn: Ronald M. Tucker, 225 West Washington Street, Indianapolis IN 46204, Phone: 317-263-2346, Fax: 317-263-7901


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Jane Leamy,  for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 11, 2011

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jason Madron, Esquire, Phone: (302) 651-7595, Fax: (302) 651-7701