# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DSI Holdings, Inc., et al.,[1] <br><br>                        Debtors. | Chapter 11 <br><br> Case No. 11-11941 (KJC) <br><br> Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE PAPERS

        PLEASE TAKE NOTICE that the undersigned hereby appear as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed on July 11, 2011 in the above captioned cases. Under Chapter 11 of the Bankruptcy Code and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010, and 11 U.S.C. § 1109(b), the Committee requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, order, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

| | |
|---|---|
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. <br> Glen Rice, Esquire <br> Enid Nagler Stuart, Esquire <br> Kevin Zuzolo, Esquire <br> 230 Park Avenue <br> New York, NY 10169-0075 <br> Telephone: (212) 661-9100 <br> Facsimile: (212) 682-6104 <br> E-Mail: grice@oshr.com | PEPPER HAMILTON LLP <br> David B. Stratton (DE No. 960) <br> Evelyn J. Meltzer (DE No. 4581) <br> Michael J. Custer (DE No. 4843) <br> Hercules Plaza, Suite 5100 <br> 1313 N. Market Street <br> P.O. Box 1709 <br> Wilmington, Delaware 19801-1709 <br> Telephone: (302) 777-6500 <br> Facsimile: (302) 421-8390 |

---

[1]     The last four digits of DSI Holdings, Inc.'s federal tax identification are 9441. The mailing address of DSI Holdings, Inc. is 9401 Blue Grass Road, Philadelphia, PA 19114. Due to the large number of Debtors in these cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their address is not provided herein. A complete list of such information may be obtained at http:/www.kccllc.net/debshops.

#14541062 v1

| | |
|---|---|
| estuart@oshr.com<br>kzuzolo@oshr.com | E-Mail: strattond@pepperlaw.com<br>meltzere@pepperlaw.com<br>custerm@pepperlaw.com |

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of the Committee or any other party in interest in these cases, including (a) the above captioned Debtors and Debtors-in-Possession (the "Debtors"), (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases, or (e) property or proceeds thereof in the possession, custody, or control of the Committee or others that the Debtors may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the Committee or any other party in interest.

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any

matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: July 13, 2011
Wilmington, Delaware

Respectfully submitted,

By: _/s/ Michael J. Custer_____
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Michael J. Custer (DE No. 4843)
**PEPPER HAMILTON LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19801-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
strattond@pepperlaw.com
meltzere@pepperlaw.com
custerm@pepperlaw.com

-and-

OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
Glen Rice, Esquire
Enid Nagler Stuart, Esquire
Kevin Zuzolo, Esquire
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104
grice@oshr.com
estuart@oshr.com
kzuzolo@oshr.com

*Proposed Co- Counsel to the
Official Committee of Unsecured Creditors*