IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                    :      Chapter 11
                                         :
DSI HOLDINGS, INC., et al.,[1]           :      Case No. 11-11941 (KJC)
                                         :
Debtors.                                 :      (Jointly Administered)
                                         :
                                         :      Re: ECF Nos. 19, 138 & 164
---------------------------------------------------------------x

## NOTICE OF CANCELLATION OF AUCTION
## SCHEDULED FOR AUGUST 31, 2011 AT 10:00 A.M.

PLEASE TAKE NOTICE that, on June 26, 2011, DSI Holdings, Inc. and its affiliated debtors in the above-referenced jointly administered chapter 11 cases (collectively, the "Debtors") filed the **Debtors' Motion Requesting (A) the Scheduling of an Auction and Sale Hearing in Connection with the Sale of the Debtors' Assets, (B) Approval of Bidding Procedures for Such Assets, (C) Approval of Purchase Agreement with Stalking Horse Bidder, (D) Approval of Expense Reimbursement to Stalking Horse Bidder, (E) Approval of the Form and Scope of Notice of Auction and Sale Hearing, (F) Approval of Procedures for the Assumption and Assignment of Contracts and Leases to the Purchaser, and (G) Approval of Sale of the Debtors' Assets to the Purchaser** [ECF No. 19] (the "Bidding Procedures Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). In

---

[1] The last four digits of DSI Holdings, Inc.'s federal tax identification number are 9441. The mailing address for DSI Holdings, Inc. is 9401 Blue Grass Road, Philadelphia, PA 19114. Due to the large number of Debtors in these cases, which are being jointly administered, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at http://www.kccllc.net/debshops.

connection with the sale process described in the Bidding Procedures Motion, on June 24, 2011, the Debtors executed that certain Asset Purchase Agreement (the "Stalking Horse Purchase Agreement") with Ableco Finance LLC, as administrative and collateral agent for the holders of the Debtors' first lien debt (the "Stalking Horse Bidder").

PLEASE TAKE FURTHER NOTICE that, on July 19, 2011, the Debtors filed the **Notice of Filing of *Revised* Proposed form of "Order: (1) Approving Overbid and Sale Procedures, (2) Approving Expense Reimbursement, (3) Approving Assumption Procedures and Related Notices, (4) Scheduling the Sale Hearing, and (5) Granting Related Relief"** [ECF No. 138] with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that, on July 21, 2011, the Bankruptcy Court entered the **Order: (1) Approving Overbid and Sale Procedures, (2) Approving Expense Reimbursement, (3) Approving Assumption Procedures and Related Notices, (4) Scheduling the Sale Hearing, and (5) Granting Related Relief** [ECF No. 164] (the "Bid Procedures Order"). Pursuant to the Bidding Procedures Order, the deadline for interested parties to submit a Qualified Bid (as defined in the Bidding Procedures Order) for the Debtors' assets (as described in the Bidding Procedures Motion) was August 24, 2011 at 5:00 p.m. (Eastern Time) (the "Bid Deadline").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, if the Debtors received any Qualified Bid (other than the bid received by the Stalking Horse Bidder in connection with the Stalking Horse Purchase Agreement) prior to the Bid Deadline, the Debtors would conduct an Auction (as defined in the Bidding Procedures Order) on August 31, 2011 at 10:00 a.m. (Eastern Time).

2

PLEASE TAKE FURTHER NOTICE that the Debtors received no Qualified Bids (other than the bid received by the Stalking Horse Bidder in connection with the Stalking Horse Agency Agreement) prior to the Bid Deadline.

**ACCORDINGLY, PLEASE TAKE NOTICE that, pursuant to the Bidding Procedures, the Debtors will <u>not</u> conduct the Auction on August 31, 2011.**

Dated: August 30, 2011
Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
Julie A. Finocchiaro (No. 5303)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Michael F. Walsh (admitted *pro hac vice*)
Stephen A. Youngman (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Debtors in Possession*